# MorrisonCohen LLP

Keith A. Markel
Partner
(212) 735-8736
kmarkel@morrisoncohen.com

April 30, 2019

**VIA ECF AND HAND DELIVERY**

Hon. Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Shawn Baggett v. 365 Seki, Inc., et al.*, 1:18-cv-6645 (PGG)

Dear Judge Gardephe:

    We are counsel to 365 Seki, Inc., Seki, Inc., New Life Sushi, Inc., Zhong Shen Shi, and Bi Hang Cheng (collectively, "Sushi Seki" or "Defendants") in this matter. We write on behalf of all parties to respectfully inform the Court that we have reached a settlement agreement in principle. The parties are continuing to work together to finalize all terms of proposed settlement, along with the parties' joint submission to the Court for approval of this FLSA settlement pursuant to Rule IV.G of Your Honor's Individual Rules of Practice. Thank you.

    Respectfully submitted,

    /s/ Keith A. Markel
    Keith A. Markel

cc:    Brian S. Schaffer, Esq.
        Armando Ortiz, Esq.