UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAWN BAGGETT,
on behalf of himself and others similarly
situated,

                                Plaintiffs,

                  v.

365 SEKI, INC., SEKI, INC., NEW LIFE SUSHI,
INC., ZHONG ZHEN SHI a/k/a SEKI SHI, and
BI HANG CHENG,

                           Defendants.
------------------------------------------------------------X

Index No. 18-cv-6645 (PGG)

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shawn Baggett, and

opt-in Plaintiffs Chaiyapruk Tulwathana and Dashawn Billings (hereinafter, "Plaintiffs") and

Defendants 365 Seki, Inc., Seki, Inc., New Life Sushi Inc., Zhong Zhen Shi, and Bi Hang Cheng

(collectively, Defendants"), by and through their undersigned counsel of record, stipulate that

Plaintiff voluntarily dismisses this action with prejudice as to Defendants. The Court shall retain

jurisdiction as to enforcement of the settlement Agreement.

Dated: New York, New York
       July 9, 2019

FITAPELLI & SCHAFFER, LLP

By: _____
    Brian Schaffer
    28 Liberty Street, 30th Floor
    New York, NY 10005
    (212) 300-0375
    *Attorneys for Plaintiffs*

MORRISON COHEN LLP

By: _____
    Keith A. Markel
    909 Third Avenue
    New York, NY 10022
    (212) 735-8600
    *Attorneys for Defendants*

So ordered:

_____
Hon. Paul G. Gardephe, U.S.D.J.

Aug. 5, 2019